

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:      In re Shaun F. Kologinczak, Relator

Appellate case number:    01-18-00916-CV

Trial court case number:  2018-09585

Trial court:              127th District Court of Harris County

On October 18, 2018, relator, Shaun F. Kologinczak, filed a petition for writ of mandamus seeking to vacate the respondent trial judge's September 14, 2018 "Order Granting Plaintiff's Motion to Strike the Counteraffidavit of Scott Schoenvogel." Relator has included the required Rule 52.3(j) certification with the petition and an appendix including a copy of a transcript of the September 14, 2018 motion hearing and a copy of the challenged order. *See* TEX. R. APP. P. 52.3(j), (k)(1)(A), 52.7(a)(2).

The Court requests a response to the petition for writ of mandamus by any real party in interest. *See* TEX. R. APP. P. 52.8(b)(1). The response, if any, shall be filed **within 20 days from the date of this order**. *See* TEX. R. APP. P. 2, 52.4.

It is so ORDERED.

Judge's signature: /s/ Laura C. Higley _____

☑ Acting individually    ☐ Acting for the Court

Date: October 23, 2018 _____